## December 3, 1974.

M. P. Nos. 73-257, 73-271. RHODE ISLAND CONSUMERS' COUNCIL *v.* ARCHIE SMITH *et al.* THE NARRAGANSETT ELECTRIC COMPANY *v.* ARCHIE SMITH *et al.* Joint motion of Rhode Island Consumers' Council and The Narragansett Electric Company to consolidate petitions for hearing and to establish a revised schedule of filings granted.

Petitioner in case No. 73-257-M.P., the Rhode Island Consumers' Council, to file its brief on or before December 20, 1973; the respondent in case No. 73-257-M.P., and petitioner in case No. 73-271-M.P., The Narragansett Electric Company, to file its brief on or before January 10, 1974. The Rhode Island Consumers' Council is further permitted to file, on or before January 25, 1974, a reply brief to The Narragansett Electric Company brief in cases No. 73-257-M.P. and No. 73-271-M.P.

Respondents, Smith, Wrenn and Burman, in cases No. 73-257-M.P. and No. 73-271-M.P. to file their brief on or before January 25, 1974.

Joint petitions assigned for hearing at the February 1974 session. Roberts, C. J., not participating. *Roberts & Willey Incorporated, Dennis J. Roberts II, Bruce G. Tucker,* for Rhode Island Consumers' Council. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for The Narragansett Electric Company. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for respondents.